963 A.2d 811

IN THE MATTER OF LOEL H. SEITEL, AN ATTORNEY
AT LAW (ATTORNEY NO. 021681991).

January 9, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–119, recommending that as a matter of final discipline pursuant to *Rule* 1:20–13(c)(1), **LOEL H. SEITEL,** formerly of **ENGLEWOOD CLIFFS,** who was admitted to the bar of this State in 1991, and who has been temporarily suspended from the practice of law since July 27, 2007, be disbarred based on his conviction in the United States District Court for the Southern District of Florida of making a false statement in violation of 18 *U.S.C.A.* § 371 and § 1001, which constitutes a violation of *RPC*

8.4(b)(commission of a criminal act that reflects adversely on honesty, trustworthiness or fitness as a lawyer);

And **LOEL H. SEITEL** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **LOEL H. SEITEL** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **LOEL H. SEITEL** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **LOEL H. SEITEL** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.